**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dennis HOLLAND, Defendant— Appellant.**

**No. 09–6444.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 27, 2009.

Decided: Dec. 14, 2009.

Dennis Holland, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Holland appeals the district court's order denying Holland's motion to compel the Government to file a substantial assistance motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons

stated by the district court. *United States v. Holland,* No. 1:03–cr–00264–TDS–1 (M.D.N.C. Feb. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*